```
HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Attorney for Defendant
ZION BREWER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) ABREIANA ROGERS,<br>(2) NYRIC HINTON<br>(3) ZION BREWER<br>(4) ZORIAN TEMPLE<br>(5) DAVONNTAE BARFIELD,<br>(6) HARRY COOPER NEAL,<br><br>Defendants. | CASE NO. 1:24-cr-00279-JLT-SKO<br><br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |

**STIPULATION**

Defendants, by and through undersigned counsel of record, and Plaintiff United States of America, hereby stipulate as follows:

1. The defendants were arraigned on the indictment in this case on November 20, 2024. Dkt. Nos. 11–15. At the arraignment, Mr. Zion Brewer, through undersigned counsel, indicated he did not wish to exclude time as discovery had not yet been produced, and the case was set for a status conference for each defendant on December 4, 2024. *Id.*

2. By this stipulation, defendants now move to continue the status conference from December 4, 2024, to February 19, 2025; and to exclude time between November 27, 2024, and

1  February 19, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2      3.    The parties agree and stipulate, and request that the Court find the following:

3          a)    The government provided discovery to the defense on November 22,

4  2024. The discovery consists of reports, financial documents, and photographs.

5          b)    Defense counsel requires time to review the discovery in this case and

6  conduct their own investigation.

7          c)    The defendant asks the Court to exclude time between November 27,

8  2024, and February 19, 2025, to account for time to conduct their own investigation;

9  determine if this case needs to be set for trial; and discuss the potential of resolving the

10 case via plea, accounting for the exercise of due diligence.

11         d)    The government does not object to the continuance.

12         e)    Based on the above-stated findings, the ends of justice served by

13 continuing the case as requested outweigh the interest of the public and the defendants in

14 a trial within the original date prescribed by the Speedy Trial Act.

15         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

16 § 3161, et seq., within which trial must commence, the time period of November 27,

17 2024 to February 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§

18 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at

19 defendants' request on the basis of the Court's finding that the ends of justice served by

20 taking such action outweigh the best interest of the public and the defendant in a speedy

21 trial.

22     4.    Depending on the parties' review of discovery, the parties may be prepared to set

23 a trial date at the status conference.

24     5.    Nothing in this stipulation and order shall preclude a finding that other provisions

25 of the Speedy Trial Act dictate that additional time periods are excludable from the period within

26 which a trial must commence.

27     IT IS SO STIPULATED.

28

| | | |
|---|---|---|
| DATED: November 27, 2024 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Lisa Ndembu Lumeya*<br>Lisa N. Lumeya<br>Assistant Federal Defender |
| Dated: November 27, 2024 | | */s/ Anthony P. Capozzi*<br>Anthony P. Capozzi<br>Law Offices of Anthony P. Capozzi<br>1233 W. Shaw Ave. Ste 102<br>Fresno, CA 93711-3718<br>Phone: 559-221-0200 \| Fax: 559-221-7997<br>Email: anthony@capozzilawoffices.com<br>Counsel for Defendant<br>NYRIC HINTON |
| Dated: November 27, 2024 | | /s/ *Steve Crawford*<br>Steve Crawford<br>Law Office of Steven L Crawford<br>P.O. Box 553<br>Grover Beach, CA 93483-0553<br>Phone: 805-458-6312<br>Counsel for Defendant<br>ZORIAN TEMPLE |
| Dated: November 21, 2024 | | */s/ Mike McKneely*<br>Mike McKneely<br>McKneely Law Firm<br>2300 Tulare St Ste 250<br>Fresno, CA 93721-2233<br>Phone: 559-443-7442 \| Fax: 559-860-0150<br>Counsel for Defendant<br>DAVONNTAE BARFIELD |
| Dated: November 27, 2024 | | */s/ Richard Beshwate*<br>Richard Beshwate<br>1330 L St Ste D<br>Fresno, CA 93721-1717<br>Phone: 559-266-5000<br>Counsel for Defendant<br>HARRY COOPER NEAL |
| Dated: November 27, 2024 | | PHILLIP A. TALBERT<br>United States Attorney<br><br> */s/ Jeffrey Spivak*<br>Jeffrey Spivak<br>Assistant United States Attorney |

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT    -3-

**ORDER**

IT IS SO ORDERED.

Dated: **December 2, 2024**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE