ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@capozzilawoffices.com

www.capozzilawoffices.com

Attorney for Defendant,
NYRIC HINTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:24-CR-00279-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO MODIFY** |
| NYRIC HINTON | ) | **CONDITION OF RELEASE; AND** |
| Defendant. | ) | **ORDER** |

The United States and the Defendant, Nyric Hinton stipulate to modify the conditions of release as follows:

a) Condition 7(o) currently requires Mr. Hinton to participate in the location monitoring program and be subject to home detention.

b) The parties hereby stipulate to modify 7(o) so that Mr. Hinton is now subject to a daily curfew.

c)  The parties hereby stipulate to modify the condition so that it states:

1. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by pretrial services officer**. You must comply with all instructions for the use and operation of the location monitoring technology given to you by the Pretrial Services Agency and employees of the

monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

2. **CURFEW:** You must remain inside your residence every day from 10:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Pretrial services as been notified of this modification and have no objection.

IT IS SO STIPULATED.

Dated: March 11, 2025,                      By:*/s/ ANTHONY P. CAPOZZI*
                                            ANTHONY P. CAPOZZI, Attorney for Nyric Hinton

Dated: March 11, 2025,                      By:*/s/ Jeffrey A. Spivak*
                                            JEFFREY A. SPIVAK, United States Assistant Attorney

## ORDER

Based upon the stipulation of the parties and with the agreement of the Office of Pretrial Services, it's hereby ordered that:

d) Condition 7(o) currently requires Mr. Hinton to participate in the location monitoring program and be subject to home detention.

e) The parties hereby stipulate to modify 7(o) so that Mr. Hinton is now subject to a daily curfew.

f) The parties hereby stipulate to modify the condition so that it states:

3. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by pretrial services officer**. You must comply with all instructions for the use and operation of the location monitoring

    technology given to you by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

4. **CURFEW:** You must remain inside your residence every day from **9**:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

IT IS SO ORDERED.

Dated:   **March 12, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE