1  ANTHONY P. CAPOZZI, CSBN: 068525
   LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Telephone: (559) 221-0200
   Facsimile:  (559) 221-7997
4  E-Mail: anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5
6  Attorney for Defendant,
   NYRIC HINTON
7
8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                              ******

11

12  UNITED STATES OF AMERICA,              CASE NO.: 1:24-CR-00279-JLT-SKO

13                 Plaintiff,

14         v.                              **STIPULATION TO MODIFY
                                           CONDITION OF RELEASE;**
15  NYRIC HINTON,                          **AND ORDER**

16                 Defendant.

17         The United States and the Defendant, Nyric Hinton stipulate to modify the conditions of

18  release as follows:

19         (a) Condition 7(o) currently requires Mr. Hinton to participate in the location monitoring

20             program and be subject to curfew.

21         (b) The parties hereby stipulate that the location monitoring system and curfew

22             restrictions be removed.

23

24         Pretrial Services is in agreement with the modifications.

25

26  IT IS SO STIPULATED.

27

28

1  DATED: September 30, 2025                By: /s/Anthony P. Capozzi          .
2                                          ANTHONY P. CAPOZZI, Attorney for
                                           NYRIC HINTON
3

4

5  DATED: September 30, 2025                By: /s/ Jeffrey A. Spivak          .
6                                          JEFFREY A. SPIVAK
                                           Assistant United States Attorney
7

8

9                                  **ORDER**

10       Based upon the stipulation of the parties and with the agreement of the Office of Pretrial

11  Services, it is hereby ordered that the location monitoring system and the curfew restrictions be

12  removed as set forth in the parties' stipulation.

13

14  IT IS SO ORDERED.

15   Dated:  **October 1, 2025**          /s/ Erica P. Grosjean          .
16                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28